

## NUMBER 13-19-00402-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

DAVID CLOUD,                                                                    Appellant,

v.

TEXAS DEPARTMENT
OF CRIMINAL JUSTICE,                                                      Appellee.

### On appeal from the 343rd District Court
### of Bee County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Benavides

This matter is before the Court on the appellant's failure to file a brief or reasonably explain his failure to do so. The appellant's brief in the above cause was originally due on December 12, 2019.

On December 16, 2019, the Clerk of the Court notified appellant the brief had not

been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, Appellant has failed to file a brief.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file her brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   See TEX. R. APP. P. 38.8(a), 42.3(b).


GINA M. BENAVIDES,
Justice


Delivered and filed the
12th day of March, 2020.

2